Case No 06-14-00239-CR

Mark Eugene Engle          x          6th Court of Appeals
Appellant                  x          Texarkana
                           x          Texas
                           x
                           x

RECEIVED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

Motion To Abate The Appeal Back To Trial
Court To Enter Findings of Fact And
Conclusions Of Law

FILED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Honorable Justices,
    Comes Now Pro Se Appellant, Mark Eugene Engle,
brings this motion in good faith and in the interest
of justice. Motion to Abate the appeal back to
trial court to enter Findings of Fact and
Conclusions of Law.
                    History


    Appellant pled guilty to an agreed punishment
hearing and received a Life Sentence after the
state abandons the enhancement paragraphs
see (CR pg 95) There were written plea admonishments
given see (96-100 of CR) A timely notice of appeal was
given see (CR pg 124) The judgement was handed
down see (CR 117-120) The trial courts certification
of defendants right to appeal was given see (CR 116)
Trial attorney filed a motion to suppress see (CR 41-44)
The judge denied the motion to suppress see (CR pg 94)
and see (CR pg 90)

When this Honorable Court looks at volume 1 of 1 there are only 139 pages and the record doesn't show that a Findings of Fact and Conclusions of Law was entered in the record in regards to the Motion to Suppress that was filed and Denied.

Appellant brings this timely request for Findings of Fact and Conclusions of Law in a timely manner he cites the case Besing v Moffitt 882 sw2d 79, 81 (Tex App-Amarillo 1994 No Writ) "Litigants are entitled to Findings of Fact only on the merits of the case." Also see The Rules TRCP. 296-299 a, 306 c) Trap 26.1 (a) (4)

The plea agreement is a non-jury case and the Findings of Fact should be requested see Quantel Bus v Custom Controls Co. 761 S.w2d 302, 304 (Tex 1988)

Appellant requests this Honorable Court to use its power under (TRAP 2) to suspend the rules to abate the appeal back to the trial court to enter a Findings of Fact and Conclusions of Law in the record.

The record will be silent to this issue on appeal. This court has jurisdiction to use its power under The Texas Constitution Art. 5, § 19.

## Prayer

Appellant prays this Honorable Court will grant the relief sought in the Motion.

Sincerely Submitted
Mark Eugene Engle

March 6th 2015

## Certificate of Service

On this day, March 6th, 2015, said motion to Abate the Appeal to the trial court to enter a Findings of Fact and Conclusions of Law to the 6th Court of Appeals by U.S. Postal Service from the Connally Unit, 899 FM 632, Kenedy, Texas 78119.

(3)